IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

8.    JAIME ZAPATA,

      Defendant.

_____

## ORDER
_____

Upon Jaime Zapata-Hernandez' request for return of property (Doc 1298 - filed April 20, 2007) and the United States' response, and the Court being fully appraised, it is hereby ORDERED that

The 2003 orange motorcycle shall be returned to Jaime Zapata-Hernandez or his designee.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: May 24, 2007