IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Civil Action No. 09-cv-02474-LTB
Criminal Action No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

v.

8.  JAIME ZAPATA,

    Movant.

---

ORDER DIRECTING MOVANT TO FILE AMENDED 28 U.S.C. § 2255 MOTION

---

    Movant, Jaime Zapata, has filed *pro se* a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  I must construe the motion to vacate liberally because Mr. Zapata is representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, I should not act as a *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below, Mr. Zapata will be directed to file an amended motion to vacate.

    Although Mr. Zapata has used the court-approved form for filing a 28 U.S.C. § 2255 motion, he has failed to complete the form, primarily relying instead on an attachment to the motion to vacate to assert what he contends are three claims he alleges he failed to assert on direct appeal.  *See* motion to vacate at 4-6.  The discussion in the attachment, however, is not separated into three distinct claims and does not clearly correspond with the briefly described claims listed in the body of the motion itself.  Moreover, Mr. Zapata attaches at the end of his motion to vacate a second motion to vacate listing four claims he fails to discuss and alleges he failed to

assert on direct appeal.  *See* motion to vacate at 40-42.  As a result, it is difficult to determine the claims Mr. Zapata is attempting to assert in the instant action.  Therefore, Mr. Zapata will be ordered to file an amended motion to vacate.  In the amended motion, he must allege, clearly and concisely, the specific claims for relief he is asserting, as well as the specific facts that support each asserted claim, if he wishes to pursue his claims in this action.  Accordingly, it is

ORDERED that the movant, Jaime Zapata, file with the court **within thirty days from the date of this order** an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Zapata, together with a copy of this order, two copies of the following form to be used in submitting the amended motion to vacate:  Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.  It is

FURTHER ORDERED that if Mr. Zapata fails within the time allowed to file an amended motion to vacate that complies with the directives of this order, the motion to vacate will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this   28th   day of        October        , 2009.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court