FILED
United States Court of Appeals
Tenth Circuit

April 12, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

In re:

JAIME ZAPATA,

      Movant.

No. 13-1103
(D.C. Nos. 1:09-CV-02474-LTB &
1:04-CR-00403-LTB-8)
(D. Colo.)

**ORDER**

Before **BRISCOE**, Chief Judge, **EBEL** and **MATHESON**, Circuit Judges.

    Jaime Zapata has filed his third motion for authorization to file a second or successive 28 U.S.C. § 2255 motion. We deny the motion.

    In 2007, Mr. Zapata was convicted of (1) conspiracy to distribute or possess with intent to distribute five kilograms or more of cocaine and (2) using a telephone while committing the conspiracy. He was sentenced to 292 months' imprisonment. This court affirmed his convictions and sentence. *See United States v. Zapata*, 546 F.3d 1179, 1182, 1194 (10th Cir. 2008).

    In 2009, he filed a § 2255 motion, which the district court denied. He did not appeal that denial. In April and December of 2010, he filed motions for authorization to file second or successive § 2255 motions. This court denied both. *See In re Zapata*, No. 10-1521, slip op. at 3 (10th Cir. Dec. 20, 2010) (warning that further efforts to seek authorization without satisfying the 28 U.S.C. § 2255(h) standards

may result in filing restrictions); *In re Zapata*, No. 10-1167, slip op. at 3 (10th Cir. May 20, 2010).

As set forth in his current motion for authorization and memo in support, Mr. Zapata now seeks to challenge his convictions under *Lafler v. Cooper*, 132 S. Ct. 1376 (2012), and *Missouri v. Frye*, 132 S. Ct. 1399 (2012). He claims counsel provided ineffective assistance by giving "erroneous advice resulting in loss of opportunity to plead guilty and to a lower sentence offered by the government during the pretrial stage up until end of time limitation." Mot. for Auth. at 8.

To obtain authorization, Mr. Zapata must make a prima facie showing, *see* 28 U.S.C. § 2244(b)(3)(C), that *Lafler* and *Frye* establish "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable," *id.* § 2255(h)(2). In *Lafler* and *Frye*, the Supreme Court held that the Sixth Amendment right to counsel may be violated when a defendant receives a harsher sentence as a result of his attorney's constitutionally deficient advice to reject a plea bargain, *see Lafler*, 132 S. Ct. at 1383, 1389-91, or as a result of his attorney's failure to inform him of a plea offer from the government, *see Frye*, 132 S. Ct. at 1404, 1410-11. But neither *Lafler* nor *Frye* announced a new rule of constitutional law. *See Gallagher v. United States*, No. 13-547, 2013 WL 1235668, at *1 (2d Cir. Mar. 28, 2013) (per curiam); *Williams v. United States*, 705 F.3d 293, 294 (8th Cir. 2013) (per curiam) (collecting cases).

The motion for authorization is denied. This denial of authorization "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." 28 U.S.C. § 2244(b)(3)(E). Any future motion by Mr. Zapata for authorization to file a second or successive § 2255 motion concerning his 2007 federal convictions for conspiracy to distribute or possess with intent to distribute five kilograms or more of cocaine, and using a telephone while committing the conspiracy, or any other attempt in this court to collaterally attack those convictions (including any motions transferred to this court by the district court), shall be deemed denied on the thirtieth day following filing unless this court orders otherwise.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　April 12, 2013　　　　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Jaime Zapata
FCI - Englewood
9595 West Quincy Avenue
Littleton, CO 80123
#32887-013

**RE:**　　　**13-1103, In re: Zapata**
　　　　　　Dist/Ag docket: 1:09-CV-02474-LTB, 1:04-CR-00403-LTB-8

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court


cc:　　　Martha A. Paluch
　　　　　Stephanie Podolak


EAS/jm