**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  04-cr-00403-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

8.     JAIME ZAPATA,

        Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant's Answer to Government's Response (Doc 1540). The Court has reviewed Defendant's Motion Requesting Consideration of Additional Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and *Pepper v. United States* (Doc 1530), Government's Response (Doc 1533), and Defendant's Answer (Doc 1540) and determines that the Order entered September 3, 2015 (Doc 1535) denying Defendant's Motion shall remain as previously entered.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

Dated:  October 9, 2015